**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JAMI VARUSKA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**FATHER FLANAGAN'S BOYS' HOME,**<br><br>**Defendant.** | **8:24CV447**<br><br>**TRIAL SETTING ORDER** |

This matter is before the Court following the planning conference held with counsel for the parties on August 26, 2026, and after review of the Defendant's Motion to Extend Case Progression Deadlines (Filing No. 48). In accordance with the matters discussed during the planning conference and for good cause shown,

**IT IS ORDERED** the Defendant's Motion to Extend Case Progression Deadlines (Filing No. 48) is granted as follows:

1) The deadline for filing motions to compel written discovery under Rules 33, 34, 36, and 45 is extended to **September 25, 2026**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **December 18, 2026**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **six (6)**. However, to the extent that either party identifies more than 6 individuals in their initial disclosures, this number may be increased to allow all individuals identified in the initial disclosures to be deposed, but even in that situation, neither side shall be permitted to depose more than 10 individuals absent agreement between the parties or leave of the Court.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to **February 1, 2027**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 1, 2027**.

5) The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 9, 2027**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on July 2, 2027**.

6) The jury trial of this case is set to commence before Brian C. Buescher, Chief United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **August 10, 2027**, or as soon thereafter as the case may be called, for a duration of **six (6)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

7) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

8) The parties are ordered to comply with **Chief Judge Buescher's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 26th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge